IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02575-BNB

DAVID B. HOECK,

    Applicant,

v.

RAE TIMME, Warden,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. *See* D.C.COLO.LCivR 8.1(c). Therefore, the case will be assigned to District Judge William J. Martínez pursuant to D.C.COLO.LCivR 40.1(c)(1). Accordingly, it is

ORDERED that this case shall be assigned to District Judge William J. Martínez pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED January 29, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge