**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02575-WJM

DAVID B. HOECK,

    Applicant,

v.

RAE TIMME, Warden,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Hoeck*, Mesa County District Court Case No. 07CR1572, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
                 Mesa County District Court
                 P.O. Box. 20000-5030

    Grand Junction, Colorado 81502; and

(2) Court Services Manager
   State Court Administrator's Office
   1300 Broadway
   Denver, Colorado  80203.


Dated this 3rd day of February, 2014.

               BY THE COURT:

               _____
               William J. Martínez
               United States District Judge