**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02575-WJM

DAVID B. HOECK,

    Applicant,

v.

RAE TIMME, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order On Application For Writ of *Habeas Corpus*, entered by the Honorable William J. Martínez, United States District Judge, on April 21, 2014,

IT IS ORDERED that the Application for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (ECF No. 1), filed by David B. Hoeck, on September 19, 2013, is DENIED and this action is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith  *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Dated at Denver, Colorado, this 21st day of April 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk